UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2022

United States of America,

–v–

Prince Wainright,

               Defendant.

16-cr-148 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court will hold a proceeding relating to allegations of Violations of Supervised Released on Wednesday, March 9, 2022, at 11:00 a.m.  The proceeding will take place in person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    SO ORDERED.

Dated: March 8, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge