```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Prince Wainwright

Defendant.

16-cr-148-05 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court held an initial conference related to allegations of Violations of Supervised Release. A status conference is set for Tuesday, May 10, 2022 at 11 a.m. in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

The Court will release Mr. Wainwright to home incarceration on the terms indicated at today's conference. The Government shall submit a proposed order for terms of release.

SO ORDERED.

Dated: March 9, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1