USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                         :

UNITED STATES OF AMERICA     :

           -v.-                 :

PRINCE WAINWRIGHT,            :

              Defendant.     :

- - - - - - - - - - - - - - - - - - x

**ORDER**

16 Cr. 148 (AJN)

WHEREAS the defendant is currently detained on charges of violation of supervised release:

IT IS HEREBY ORDERED that the defendant shall be released on the following conditions:

1. Home incarceration with electronic monitoring; and
2. A $50,000 personal recognizance bond, to be cosigned by one financially responsible person.

It is further ordered that the defendant shall be detained until all conditions are met.

SO ORDERED.

Dated: New York, New York
       March 10, 2022

_____
HONORABLE ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE