```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PRINCE WAINWRIGHT,

Defendant.

16 Cr. 148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for May 10, 2022, at 11:00 a.m., is ADJOURNED *sine die*. By **May 10, 2022**, the parties shall submit a status letter as to the status of Mr. Wainwright's state court case and any resolution reached therein; and any updates on a possible disposition of this matter. The parties may file this letter under seal, if necessary.

SO ORDERED.

Dated: April 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge