```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PRINCE WAINWRIGHT,

                    Defendant.

16 Cr. 148 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The violation of supervised release hearing scheduled for July 7, 2022, at 11:30 a.m., is RESCHEDULED to **July 7, 2022**, at **11:00 a.m.**

    SO ORDERED.

Dated: July 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge